FILED:  April 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4206
(6:22-cr-01012-DCC-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LAWRENCE JOSEPH FLORENTINE, a/k/a Larry

Defendant - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Greenville |
|---|---|
| Originating Case Number | 6:22-cr-01012-DCC-1 |
| Date notice of appeal filed in originating court: | 04/12/2024 |
| Appellant | Lawrence Florentine |
| Appellate Case Number | 24-4206 |
| Case Manager | Anisha Walker 804-916-2704 |