FILED: September 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4206
(6:22-cr-01012-DCC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LAWRENCE JOSEPH FLORENTINE, a/k/a Larry

      Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk